TKM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 APR -1 AM 10: 3

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Jose CARRILLO-Bucio**<br>AKA: CARRILLO-Sandoval, Arturo<br>Defendant. | Magistrate Case No.<br>'08 MJ 0973<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **January 13, 2008,** within the Southern District of California, defendant, **CARRILLO-Bucio, Jose (aka: CARRILLO-Sandoval, Arturo)** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **April 2008.**

UNITED STATES MAGISTRATE JUDGE

TKM

**PROBABLE CAUSE STATEMENT**

On January 13, 2008, the defendant identified as, **CARRILLO-Bucio, Jose (aka: CARRILLO-Sandoval, Arturo)**, was apprehended by the U.S. Border Patrol. The defendant freely admitted that he was in the United States illegally and had no valid documents to reside or travel in the United States. The defendant was arrested for illegal entry and 3056 Parole Violation. The defendant was then turned over to the Sheriff's Office and booked into County Jail and an Immigration Hold (I-247) was placed pending his release from jail.

On March 31, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **CARRILLO-Bucio, Jose (aka: CARRILLO-Sandoval, Arturo)**, was administratively deported to Mexico on or about July 27, 2005 and removed via the San Ysidro, Port of Entry on July 27, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **CARRILLO-Bucio, Jose (aka: CARRILLO-Sandoval, Arturo)**, a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States, and has illegally re-entered the United States after deportation, in violation of Tile 8 of the United States Code 1326, Deported Alien found in the United States.